GASS WEBER MULLINS LLC

241 N BROADWAY, SUITE 300 MILWAUKEE, WI 53202
TEL 414 223 3300  FAX 414 224 6116
WWW.GWMLAW.COM

**VIA ELECTRONIC FILING**

DAVID J. TUREK
DIRECT DIAL: 414 224-3445
turek@gwmlaw.com

July 12, 2018

The Honorable David E. Jones
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Abbey Resort v. Travelers Indemnity*
            Case No. 18-CV-552

Dear Judge Jones:

    The parties settled this lawsuit at a mediation conducted earlier this week.  Counsel are working together to finalize a settlement agreement, and we anticipate filing a stipulation for dismissal on or before August 15, 2018.  In light of our settlement, the parties will not be providing a Rule 26(f) report to the Court and we respectfully request that the Court remove the Rule 16 conference currently set for August 14, 2018.

    Thank you for your consideration of this request.

                      Sincerely,

                      s/ David J. Turek

DJT:dmp

cc:       Stacy Ertz (via ECF system)