UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ABBEY RESORT CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY, <br><br> Defendant. | Case No.: 18-CV-00552 <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties HEREBY STIPULATE AND AGREE that this action, including all claims asserted therein, should be dismissed with prejudice, on the merits, and without costs to any party.

| | |
|---|---|
| DATED: 08/28/2018 | Electronically signed by David J. Turek <br> David J. Turek (WI #1035356) <br> Gass Weber Mullins LLC <br> 241 N. Broadway, Suite 300 <br> Milwaukee, WI 53202 <br> Telephone: (414) 224-3445 <br> Fax: (414) 224-6116 <br> Email: turek@gwmlaw.com <br> *Counsel for Plaintiff* <br> *Abbey Resort Condominium Association, Inc.* |
| DATED: 08/28/2018 | Electronically signed by Stacy E. Ertz <br> Atty Stacy E. Ertz, Esq. (Wis. State Bar No. 1040729) <br> Borgelt, Powell, Peterson & Frauen, S.C. <br> 7825 3rd Street North, Suite 206 <br> Oakdale, MN 55128 <br> Telephone: 651.256.5000 <br> Email: sertz@borgelt.com <br> *Counsel for Defendant* <br> *The Travelers Indemnity Company* |