UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ABBEY RESORT CONDOMINIUM ASSOCIATION INC.,**

    Plaintiff,

  v.                                                      **Case No. 18-CV-552**

**TRAVELERS INDEMNITY COMPANY,**

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

Based on the Stipulation for Dismissal With Prejudice executed by the parties, ECF No. 16,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this action is **DISMISSED** in its entirety, with prejudice, on the merits, and without costs to either party.

Dated at Milwaukee, Wisconsin, this <u>29th</u> day of August, 2018.

                                                              **BY THE COURT:**

                                                      <u>*s/ David E. Jones*</u>
                                                      DAVID E. JONES
                                                      United States Magistrate Judge